```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

            Plaintiff,

v.

EEA LIFE SETTLEMENTS, INC., HIREN PATEL, and VINCENT PISCAER,

            Defendants.

No. 17-cv-7417 (VM) (HBP)

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm Alston & Bird LLP withdraws as counsel for defendants Hiren Patel and Vincent Piscaer, and the law firm Seward & Kissel LLP shall appear as counsel for Hiren Patel and Vincent Piscaer. Alston & Bird LLP will continue as counsel for defendant EEA Life Settlements, Inc.

New York, New York
April 4, 2018

                                        Respectfully submitted,

ALSTON & BIRD LLP

By: _____

SEWARD & KISSEL LLP

By: _____

| | |
|---|---|
| Karl Geercken<br>Steven L. Penaro<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 210-9400<br>Facsimile: (212) 922-9444<br>karl.geercken@alston.com<br>steve.penaro@alston.com | Mark J. Hyland<br>Michael W. Broz<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel. (212) 574-1200<br>Fax: (212) 480-8421<br>hyland@sewkis.com<br>broz@sewkis.com |
| *Withdrawing Counsel for Hiren Patel and Vincent Piscaer* | *Successor Counsel for Hiren Patel and Vincent Piscaer* |

SO ORDERED:

The Honorable Victor Marrero
United States District Judge
April 4, 2018