# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK J. HYLAND
PARTNER
(212) 574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

April 4, 2018

**BY FAX**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/18
```

    Re:    *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.,*
            No. 17-cv-7417 (VM) (HBP)

Dear Judge Marrero:

    We were retained this week to represent Defendants Hiren Patel and Vincent Piscaer in the above-referenced action. Jointly with counsel for Defendant EEA Life Settlements, Inc., and pursuant to your Honor's Individual Rules of Practice, we hereby request that the time for all Defendants to respond to the complaint in this action be extended to and including April 20, 2018. This is the second request for an extension of the time to respond to the complaint after a decision was rendered on the Defendants' motion to dismiss. The parties previously agreed to extend Defendants' time to respond to April 6, 2018 by stipulation so ordered on March 22, 2018 (Dkt. 46). The Defendants request this extension in connection with the substitution of Seward & Kissel LLP as counsel for Defendants Patel and Piscaer.

    Counsel for the Plaintiff do not oppose an extension, but requested that we make this application by motion rather than by stipulation. Accordingly, we request that this letter be deemed and filed as a formal motion pursuant to your Honor's Individual Rule II.A.2.

Respectfully yours,

*/s/ Mark J. Hyland*

Mark J. Hyland

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to: 4-20-18

**SO ORDERED.**

4-4-18
DATE

/s/ Victor Marrero, U.S.D.J.

April 4, 2018
Page 2

                                         ALSTON & BIRD LLP

                                         By_____

                                         Karl Geercken
                                         Steven L. Penaro
                                         90 Park Avenue
                                         New York, New York 10016
                                         Telephone: (212) 210-9400
                                         Facsimile: (212) 922-9444
                                         karl.geercken@alston.com
                                         steve.penaro@alston.com

                                         *Counsel for Defendant EEA Life Settlements, Inc.*

cc: Counsel of record (via email)

SK 21724 0169 7860038