IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>EEA LIFE SETTLEMENTS, INC., HIREN PATEL, and VINCENT PISCAER,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>: No. 17-cv-07417-VM-HBP<br>:<br>:<br>:<br>:<br>: |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, EEA Life Settlements, Inc., (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party and no publicly traded corporation owns 10% or more of its stock.

EEA Life Settlements, Inc., a Delaware corporation, is a wholly-owned subsidiary through multiple intermediate subsidiaries of EEA Life Settlements Fund PCC Limited, a Guernsey registered protected cell company.

Dated: April 20, 2018

Respectfully submitted,

ALSTON & BIRD LLP

  /s/ Karl Geercken

Karl Geercken, Esq.
Steven L. Penaro, Esq.
90 Park Avenue, Suite 1200
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 922-9444

Email: karl.geercken@alston.com
steve.penaro@alston.com

*Counsel for EEA Inc.*