```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COVENTRY CAPITAL US LLC,                :
                                        :
                    Plaintiff,          :
                                        :
    - against -                         :        ORDER
                                        :
EEA LIFE SETTLEMENTS, INC.; HIREN       :        17 Civ. 7417
PATEL; and VINCENT PISCAER,             :
                                        :
                    Defendants.         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/18

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the initial case management conference for the above-captioned action before Judge Marrero, currently scheduled to be held on Friday, May 18, 2018 at 4:15 p.m., shall be canceled.

**SO ORDERED.**

Dated:   New York, New York
         30 April 2018

                                    _____
                                         Victor Marrero
                                            U.S.D.J.