# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK J. HYLAND
PARTNER
(212) 574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

June 13, 2018

**VIA ECF**

Honorable Henry Pitman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.*,
      No. 17-cv-7417 (VM) (HBP)

Dear Judge Pitman:

I write on behalf of Defendants Hiren Patel and Vincent Piscaer in connection with the above-referenced action. On June 12, 2018, Plaintiff Coventry Capital US LLC ("Coventry Capital") submitted a letter (the "Letter") to the Court requesting a pre-motion conference with respect to two discovery matters. Jointly with counsel for Defendant EEA Life Settlements, Inc. we respectfully request that the Court permit all Defendants until June 19, 2018 to file responses to the Letter.

We appreciate the Court's consideration of this matter.

Respectfully yours,

Mark J. Hyland /mb

June 13, 2018
Page 2

                ALSTON & BIRD LLP

                By: /s Steven L. Penaro

                Karl Geercken
                Steven L. Penaro
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 922-9444
karl.geercken@alston.com
steve.penaro@alston.com

*Counsel for Defendant EEA Life Settlements, Inc.*

cc: Counsel of Record (via ECF)

SK 29834 9999 7923261