LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KENNETH J. BROWN
(202) 434-5818
kbrown@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 20, 2018

**VIA ECF**

The Honorable Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.,*
Civil Action No. 1:17-cv-07417-VM-HBP

Dear Judge Pitman:

    I write on behalf of Plaintiff Coventry Capital US LLC ("Coventry Capital") in regards to Coventry Capital's June 12, 2018 letter requesting a pre-motion conference, Dkt. No. 66, and Defendants' June 19, 2018 responses to that letter, Dkt. Nos. 70, 71. Unless the Court directs otherwise, Coventry Capital will file a short reply letter no later than Tuesday, June 26, 2018. We appreciate the Court's attention to these matters.

Respectfully submitted,

*/s/ Kenneth J. Brown*

Kenneth J. Brown

cc: Counsel of Record