Case 1:17-cv-07417-VM-HBP   Document 68   Filed 06/19/18   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

        Plaintiff,

v.

EEA LIFE SETTLEMENTS, INC., HIREN PATEL, and VINCENT PISCAER,

        Defendants.



No. 17-cv-7417 (VM) (HBP)

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE

PLEASE TAKE NOTICE that Seward & Kissel LLP respectfully requests the withdrawal of appearance of Michael W. Broz in the above-captioned action as counsel to Defendants Hiren Patel and Vincent Piscaer (the "Individual Defendants"); and

PLEASE TAKE FURTHER NOTICE that Seward & Kissel LLP respectfully requests that Michael W. Broz be removed from electronic notification service, and any other mailing or service list in this proceeding.

Mark J. Hyland of Seward & Kissel LLP will continue to represent the Individual Defendants in this action.

Dated: New York, New York
June 19, 2018

Respectfully submitted,

**SEWARD & KISSEL LLP**

By:     /s Mark J. Hyland
       Mark J. Hyland
       One Battery Park Plaza
       New York, New York 10004
       (212) 574-1200
       (212) 480-8421 (fax)

*Attorneys for Defendants Hiren Patel and Vincent Piscaer*

cc: All Counsel (via ECF)

SO ORDERED. Request GRANTED.

6-20-18
DATE      VICTOR MARRERO, U.S.D.J.

SK 29834 9999 7929292

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>EEA LIFE SETTLEMENTS, INC., HIREN PATEL, and VINCENT PISCAER,<br><br>                   Defendants. | No. 17-cv-7417 (VM) (HBP)<br><br>**DECLARATION OF MICHAEL W. BROZ IN SUPPORT OF NOTICE OF WITHDRAWAL AS COUNSEL** |

      MICHAEL W. BROZ, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

      1.     I am an associate attorney at the law firm of Seward & Kissel LLP, attorneys for defendants Hiren Patel and Vincent Piscaer (the "Individual Defendants") in the above-captioned action. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

      2.     I am leaving Seward & Kissel LLP ("Seward & Kissel") for other employment. My last day is June 19, 2018.

      3.     Seward & Kissel will continue its representation of the Individual Defendants in this matter.

      4.     Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2018                /s Michael W. Broz
                                                MICHAEL W. BROZ
                                                SEWARD & KISSEL LLP
                                                One Battery Park Plaza
                                                New York, New York 10004
                                                (212) 574-1200
                                                broz@sewkis.com

SK 29834 9999 7928560