# Exhibit 1

# (Confidential Exhibit Omitted from Public Filing)