# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK J. HYLAND
PARTNER
(212) 574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 2, 2018

**VIA ECF**

Honorable Henry B. Pitman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.*,
No. 17-cv-7417 (VM) (HBP)

Dear Judge Pitman:

      I write on behalf of Hiren Patel and Vincent Piscaer (the "Individual Defendants") in response to Plaintiff Coventry Capital US LLC's ("Coventry") August 2, 2018 letter to the Court. As Coventry notes, the Individual Defendants consent to Coventry's proposed schedule. The Individual Defendants desire that this case move forward as quickly as possible. Accordingly, the Individual Defendants request that, should no further document production be ordered by the Court, their depositions be completed by no later than November 15, 2018, so that they can be in a position to promptly file a dispositive motion on the issue of personal jurisdiction.

      We appreciate the Court's consideration of these matters and will be prepared to discuss them at the August 14, 2018 hearing.

Respectfully yours,

s/ Mark J. Hyland
Mark J. Hyland

cc: Counsel of Record (via email)

SK 29834 0001 7963947