AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Coventry Capital US LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-7417 (VM) |
| EEA Life Settlements, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hiren Patel and Vincent Piscaer.

Date: 08/09/2018

/s Paul B. Koepp
*Attorney's signature*

Paul B. Koepp, Bar No. PK1948
*Printed name and bar number*

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
*Address*

koepp@sewkis.com
*E-mail address*

(212) 574-1200
*Telephone number*

(212) 480-8421
*FAX number*