```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COVENTRY CAPITAL US LLC,             :
                                     :
                    Plaintiff,       :
                                     :          NOTICE OF CONFERENCE
      - against -                    :
                                     :               17 Civ. 07417
EEA LIFE SETTLEMENTS INC., et al.,   :
                                     :
                    Defendants.      :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/18

**VICTOR MARRERO, United States District Judge.**

Counsel for all parties are directed to appear before the Honorable Victor Marrero for a conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure, on **Friday, October 19, 2018 at 1:30 p.m.** in Courtroom 11B at the United States Courthouse, 500 Pearl Street, New York, New York. **COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE TO ALL PARTIES.** Principal trial counsel must appear at this and all subsequent conferences.

Counsel are directed to review Judge Marrero's Individual Rules. The Rules may be obtained at the Clerk's/Cashier's Office on the first floor of the United States Courthouse, 500 Pearl Street, New York, New York, or by visiting the Court's website at http://www.nysd.uscourts.gov. **Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Rules.**

Dated:   New York, New York
         1 October 2018

                                            _____
                                              Victor Marrero
                                                  U.S.D.J.