# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Karl Geercken   Direct Dial: 212-210-9471   Email: karl.geercken@alston.com

December 12, 2018

VIA FACSIMILE

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/18

Re: *Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417

Dear Judge Marrero:

We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above referenced matter and write in response to the letter of Plaintiff Coventry Capital US LLC ("Coventry") to Your Honor dated 7 December 2018.[1]

Defendants agree that continued settlement discussions would not be productive. But contrary to Coventry's misleading suggestion in its letter, which unnecessarily and improperly described (inaccurately) the parties' confidential settlement negotiations, those discussions did not end as a result of a refusal by Defendants to provide information about the Portfolio. Rather, Defendants made clear in multiple written communications that they were willing to provide Coventry with the same information about the Portfolio that other bidders, including an affiliate of Coventry, have received. With that information, it would have been straightforward for Coventry to make an indicative bid (subject to refinement upon further due diligence). Coventry has protested in its preliminary injunction motion and throughout this litigation that it wanted to bid on the Portfolio. Tellingly, when given an opportunity to make an indicative bid, with parity of information against rival bidders, Coventry spurned that opportunity and instead demanded special treatment, including information that no other bidders have received (such as information about rival bids). Defendants engaged in good faith to resolve this litigation as soon as possible; however, Coventry continues to be intent on using it as commercial leverage. It is regrettable that Coventry saw fit to describe (at all) confidential settlement discussions in open correspondence. That was a fundamental abuse of the good faith and confidential basis on which our client had agreed to proceed.

We respectfully request that the Court rule on Coventry's pending motion for a preliminary injunction.

---

[1] We have conferred with counsel for Hiren Patel and Vincent Piscaer (collectively, the "Individual Defendants") and they join in this letter.

Alston & Bird LLP   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.

Page 2

Respectfully submitted,

Karl Geercken

cc:   Counsel of Record

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant EEA Life Settlement Inc and individual defendants named above.

SO ORDERED.

12-12-18
DATE      VICTOR MARRERO, U.S.D.J.