# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Karl Geercken                      Direct Dial: 212-210-9471              Email: karl.geercken@alston.com

December 31, 2018

VIA FACSIMILE

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Request GRANTED. Defendant's time to respond to the December 28, 2018 letter is extended to January 8, 2019.

**SO ORDERED:**

*[signature]*

HON. VERNON S. BRODERICK 1/4/2019
UNITED STATES DISTRICT JUDGE PART I

Re:   *Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417

Dear Judge Marrero:

We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above referenced matter. On December 28, 2018, Plaintiff Coventry Capital US LLC ("Coventry") faxed a letter to Your Honor seeking a pre-motion conference concerning Coventry's motion for partial reconsideration of the Court's December 17, 2018 Order denying Coventry's motion for a preliminary injunction. In light of holiday and travel schedules of both counsel and the principal representative of EEA Inc., EEA Inc. respectfully requests that its time to respond to the December 28, 2018 letter be extended to January 8, 2019. EEA Inc. has conferred with Coventry and Coventry consents to this request. This is EEA Inc.'s first request for an extension.

We appreciate the Court's continued attention to this matter.

Respectfully submitted,

*[signature]*

Karl Geercken

cc:    Counsel of Record

Alston & Bird LLP                                                                www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.