```
USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EEA LIFE SETTLEMENTS, INC., HIREN PATEL, and VINCENT PISCAER,<br><br>    Defendants. | Civ. Action No. 17-7417<br><br>**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Matthew H. Blumenstein for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Illinois and the District of Columbia, and that his contact information is as follows:

> Matthew H. Blumenstein
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth Street N.W.
> Washington, DC 20009
> Tel.: (202) 434-5465
> Fax: (202) 434-5029
> mblumenstein@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff Coventry Capital US LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

1-14-19
DATE            VICTOR MARRERO, U.S.D.J.