# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/19

Karl Geercken                    Direct Dial: 212-210-9471           Email: karl.geercken@alston.com

January 8, 2019

### VIA FACSIMILE (212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007

Re:  *Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417

Dear Judge Marrero:

We write on behalf of Defendant EEA Life Settlements, Inc. ("EEA Inc.") with regard to EEA Inc.'s enclosed January 24, 2019 response ("EEA Inc.'s Response") to Coventry Capital US LLC's ("Coventry") letter, dated January 22, 2019. EEA Inc.'s Response contains references to the transcript of the October 19, 2018 hearing in this matter, which is currently sealed on the Court's docket. *See* Dkt. No. 90.

As such, EEA Inc. encloses the following: (1) an unredacted version of EEA Inc.'s Response; and (2) a redacted version of EEA Inc.'s Response that redacts references to the October 19, 2018 hearing. EEA Inc. respectfully requests that only the redacted version be placed on the public docket at this time. At such time as the transcript of the October 19, 2018 hearing is filed on the public docket, EEA Inc. would not object to the unredacted version of EEA Inc.'s Response being filed publicly as well.

The Clerk of Court is directed to enter into the public record of this action the letter above, submitted to the Court by EEA Life Settlements, Inc.

SO ORDERED.

1-24-19
DATE    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

/s/ Karl Geercken

Karl Geercken

Enclosures
cc: Counsel of Record

Alston & Bird LLP                                                                 www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.