# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>EEA LIFE SETTLEMENTS, INC., HIREN PATEL, and VINCENT PISCAER,<br><br>                     Defendants. | No. 17-cv-07417-VM-HBP |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiff herein, Coventry Capital US LLC, hereby appeals to the United States Court of Appeals for the Second Circuit from the following Orders of the Honorable Victor Marrero, United States District Judge for the Southern District of New York:  (1) the Order, dated December 17, 2018, which denied Plaintiff's Motion for a Preliminary Injunction; and (2) the Order, dated January 29, 2019, which denied Plaintiff's Motion for Reconsideration.  The Order dated December 17, 2018 is already on appeal to the Second Circuit as appeal number 19-184.

                                                                        Respectfully submitted,

Dated:  January 30, 2019                        WILLIAMS & CONNOLLY LLP

                                                                   <u>/s Kenneth J. Brown</u>
                                                                   Kenneth J. Brown (*pro hac vice*)
                                                                   William P. Ashworth (*pro hac vice*)
                                                                   Matthew H. Blumenstein (*pro hac vice*)
                                                                   Benjamin N. Hazelwood (*pro hac vice*)
                                                                   WILLIAMS & CONNOLLY LLP
                                                                   725 Twelfth Street N.W.
                                                                   Washington, D.C. 20005
                                                                   (202) 434-5000

                                                                   For Matters in New York:
                                                                   WILLIAMS & CONNOLLY LLP
                                                                   650 Fifth Avenue
                                                                   Suite 1500
                                                                   New York, NY 10019

                                                                   *Attorneys for Plaintiff*