**MANDATE**

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

1:17-cv-07417-VM-HBP

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of April, two thousand and nineteen,

Coventry Capital US LLC,

    Plaintiff - Counter-Defendant-Appellant,

v.

EEA Life Settlements, Inc.,

    Defendant-Counter-Claimant-Appellee,

Hiren Patelm Vincent Piscaer,

    Defendants-Appellees.

**ORDER**
Docket No. 19-184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 26, 2019

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/26/2019