# ALSTON & BIRD

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

Steven L. Penaro                    Direct Dial:  212-210-9460                    Email:  steve.penaro@alston.com

June 18, 2019

VIA ECF

Honorable Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.,*
      No. 17-cv-7417 (VM) (HBP)

Dear Judge Pitman:

      We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above-referenced action.  Unfortunately, both counsel for EEA Inc. are involved in a trial before Judge Oetken scheduled to begin on July 16, 2019.  In light of the July 16 trial, EEA Inc. respectfully requests that the discovery conference scheduled for July 17 at 2:00 p.m. be rescheduled to take place during the afternoon of July 19, 2019. The parties have conferred and all counsel are available during the afternoon of July 19, if that date is convenient for the Court.  This is the first request for an adjournment of the July 17 conference.

      Thank you for your continued attention to this matter.

Respectfully submitted,

*/s/ Steven L. Penaro*

Steven L. Penaro

cc: All counsel of record (via ECF)

Alston & Bird LLP                                                                                                        www.alston.com

Atlanta  |  Beijing  |  Brussels  |  Charlotte  |  Dallas  |  Los Angeles  |  New York  |  Raleigh  |  San Francisco  |  Silicon Valley  |  Washington, D.C.