

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
COVENTRY CAPITAL US LLC,          :
                Plaintiff,    :   17 Civ. 7417 (VM)(HBP)

   -against-                     :   ORDER

EEA LIFE SETTLEMENTS, INC.,       :
et al.,
                            :
                Defendants.
                            :
----------------------------------X

        PITMAN, United States Magistrate Judge:

        A discovery conference having been held on this date, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1.  Plaintiff's application to compel the deposition of Christopher Daly is granted.  EEA Life Settlements, Inc. is directed to produce Mr. Daly for his deposition on a date mutually convenient to all parties within the next three weeks.

        2.  Plaintiff is directed to initiate the process to obtain discovery from the Guernsey entities pursuant to the Hague Convention within the next three weeks.  Defendants' counsel stipulated on the record that this aspect of my Order does not moot the appeal currently pending before Judge Marrero and that they will not argue that my instruction to plaintiff to pursue dis-

covery pursuant to the Hague Convention moots the issues concerning the defendants' ability to obtain documents from the Guernsey entities.

Dated:  New York, New York
        July 19, 2019

                              SO ORDERED

                              /s/ Henry Pitman
                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

All Counsel