UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

                Plaintiff,

against

EEA LIFE SETTLEMENTS INC., et al,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Plaintiff's Letter-Motion for a Local Rule 37.2 Conference (ECF No. 145) is **GRANTED**. A Telephone Conference is scheduled for **Monday, November 25, 2019 at 11:00 am**. The parties must be prepared to discuss Plaintiff's anticipated motion to compel.

At the above date and time, Plaintiff's counsel is directed to call Chambers at **(212) 805-0214** with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.

The Clerk of Court is respectfully directed to close ECF No. 145.

Dated:   New York, New York
         November 14, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**