UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

                Plaintiff,

against

EEA LIFE SETTLEMENTS INC., et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted a Local Rule 37.2 Conference today, November 25, 2019, regarding Plaintiff's request for permission to file a motion to compel production from Defendant EEA Life Settlements, Inc. (ECF No. 145). The Court finds that no further briefing is necessary, but directs Defendant EEA Life Settlements, Inc. to send a copy of its Investment Management Agreement with EEA Fund Management (Guernsey) Limited to the Court by **close of business today, November 25, 2019**, via email at Cave_NYSDChambers@nysd.uscourts.gov, with a copy to all counsel.

Dated:     New York, New York
            November 25, 2019

                                      SO ORDERED

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**