UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

          Plaintiff,

against

EEA LIFE SETTLEMENTS INC., et al.,

          Defendants.

CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court conducted a Telephone Conference today, December 5, 2019, regarding Plaintiff's Letter-Motion for a Local Rule 37.2 Conference (ECF No. 159). The Court directs counsel for Defendants Hiren Patel and Vincent Piscaer (the "Individual Defendants") to provide to Plaintiff's counsel a copy of the letter the Individual Defendants received today from EEA Fund Management (Guernsey) Limited ("Guernsey Manager"), as described during today's conference. Plaintiff's motion is denied in all other respects.

The Clerk of Court is respectfully directed to close ECF No. 159.

Dated:     New York, New York
            December 5, 2019

                                  SO ORDERED

                                  _____
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**