UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

                Plaintiff,

against

EEA LIFE SETTLEMENTS INC., et al,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, February 19, 2020. The parties' request to hold in abeyance the process for further developing the factual record as necessary to determine whether Defendants Hiren Patel and Vincent Piscaer have control over the requested documents at EEA Fund Management Limited and EEA Fund Management Limited ("EEA UK"), and whether sanctions for nonproduction, such as an adverse inference at trial, are appropriate, as ordered by the Honorable Victor Marrero (see ECF No. 188 at 2, 22), is GRANTED.

By **Monday, March 2, 2020**, Defendant EEA Life Settlements, Inc. ("EEA Inc.") is ORDERED to confer with EEA UK and EEA Life Settlements Fund PCC Limited, and decide whether EEA Inc. will proceed with production as ordered by the undersigned on November 26, 2019. (ECF No. 162). The deadline for the parties' joint status report (ECF No. 187), is adjourned from March 2, 2020 to **Thursday, March 5, 2020**.

A Telephone Conference is scheduled for **Friday, March 13, 2020 at 2:30 pm**. If EEA Inc. is prepared to proceed with production, the parties must be prepared to discuss a timeline for

the production. If not, the parties must be prepared to discuss a course of action to comply with Judge Marrero's order.

At the above date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:    New York, New York
             February 19, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**