# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Karl Geercken　　　　　　　　　Direct Dial: 212-210-9471　　　　　　Email: karl.geercken@alston.com

March 10, 2020

**VIA ECF**

The Honorable Sarah Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:　***Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417**

Dear Judge Cave:

    We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above-referenced action. Unfortunately, counsel for EEA Inc. has a pre-existing conflict on March 27, 2020 and cannot participate in the teleconference scheduled for that day. Accordingly, EEA Inc. respectfully requests that the teleconference be adjourned and rescheduled on either April 1 or April 2. The parties have conferred and all counsel consent to the adjournment and are generally available on both days. This is the first request for an adjournment of the March 27 teleconference.

    Thank you for your continued attention to this matter.

Respectfully submitted,

Karl Geercken

cc:　Counsel of Record (via ECF)

---

Defendant EEA Life Settlements Inc.'s Letter-Motion to adjourn the Telephone Conference scheduled for March 27, 2020 (ECF No. 196) is GRANTED. The Telephone Conference is rescheduled to **Friday, April 3, 2020 at 2:00 pm**. The Clerk of Court is respectfully directed to close ECF No. 196.

SO-ORDERED 3/11/2020

SARAH L. CAVE
United States Magistrate Judge

Alston & Bird LLP　　　　　　　　　　　　　　　　　　　　　　　　　www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.