# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Karl Geercken　　　　　　　　　　Direct Dial: 212-210-9471　　　　　　　Email: karl.geercken@alston.com

March 24, 2020

**VIA ECF**

The Honorable Sarah Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> The parties' joint Letter-Motion to adjourn their status report deadline (ECF No. 200) is GRANTED. The parties are directed to file a joint status report by **Friday, March 27, 2020**. The Clerk of Court is respectfully directed to close ECF No. 200.
>
> SO-ORDERED 3/25/2020
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:　***Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417**

Dear Judge Cave:

　　We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above-referenced action and write on behalf of both EEA Inc. and Plaintiff Coventry Capital US LLC ("Coventry"). Unfortunately, the COVID-19 pandemic has made it difficult to confer with our client and Coventry on a timely basis so that we could be in a position to file a joint status report by March 25, 2020 as contemplated by the March 6, 2020 scheduling order. *See* Dkt. No. 195. Accordingly, EEA Inc. and Coventry respectfully request that the deadline to file a joint status report be adjourned to March 27, 2020. The parties have conferred and all counsel, including counsel for Vincent Piscaer and Hiren Patel, consent to the requested adjournment. This is the first request for an adjournment of the March 25, 2020 joint status report deadline.

　　Thank you for your continued attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　Karl Geercken

cc:　　Counsel of Record (via ECF)

Alston & Bird LLP　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.