# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Karl Geercken                          Direct Dial: 212-210-9471                          Email: karl.geercken@alston.com

April 23, 2020

**VIA ECF**

The Honorable Sarah Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Coventry Capital v. EEA Life Settlements Inc.*, **No. 17-cv-07417**

Dear Judge Cave:

We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above-referenced action and write on behalf of both EEA Inc. and Plaintiff Coventry Capital US LLC ("Coventry"). Unfortunately, the COVID-19 pandemic has continued to make it difficult to confer with our client and Coventry on a timely basis so that we could be in a position to file a joint status report by April 27, 2020 as contemplated by the April 3, 2020 scheduling order. *See* Dkt. No. 203. Accordingly, EEA Inc. and Coventry respectfully request that the deadline to file a joint status report be adjourned to April 29, 2020. The parties have conferred and all counsel consent to the requested adjournment. This is the first request for an adjournment of the April 27, 2020 joint status report deadline.

Thank you for your continued attention to this matter.

Defendant EEA Life Settlements, Inc.'s Letter-Motion for an extension of time (ECF No. 204) is GRANTED. The parties are directed to file their joint status report by **Wednesday, April 29, 2020**. The Clerk of Court is respectfully directed to close ECF No. 204.

SO-ORDERED 4/24/2020

Respectfully submitted,

Karl Geercken

SARAH L. CAVE
United States Magistrate Judge

Alston & Bird LLP                                                                                         www.alston.com

Atlanta  |  Beijing  |  Brussels  |  Charlotte  |  Dallas  |  Los Angeles  |  New York  |  Raleigh  |  San Francisco  |  Silicon Valley  |  Washington, D.C.

LEGAL02/39749774v1