# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Steven L. Penaro                   Direct Dial: 212-210-9460                   Email: steve.penaro@alston.com

July 2, 2020

**VIA ECF**

The Honorable Sarah Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Coventry Capital v. EEA Life Settlements Inc.*, **No. 17-cv-07417**

Dear Judge Cave:

We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above-referenced action. We write to respectfully request an adjournment of the July 7 teleconference. Lead counsel for EEA Inc. recently experienced two deaths in his immediate family making it difficult for him to participate in the teleconference scheduled for that day. Accordingly, EEA Inc. respectfully requests that the July 7 teleconference be adjourned and rescheduled on July 10 at any time after 2pm. The parties have conferred and all counsel consent to the adjournment and are available during those times. This is the first request for an adjournment of the July 7 teleconference.

Thank you for your continued attention to this matter.

> Defendant EEA Life Settlements, Inc.'s Letter-Motion (ECF No. 217) is GRANTED. The parties' Telephone Conference is adjourned to **Friday, July 10, 2020, at 3:00 pm**. The Clerk of Court is respectfully directed to close ECF No. 217.
>
> SO-ORDERED 7/6/2020
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

*/s/ Steven L. Penaro*

Steven L. Penaro

Alston & Bird LLP                                                                                                                              www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.