UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>                    Plaintiff,<br><br>against<br><br><br>EEA LIFE SETTLEMENTS INC., et al,<br><br>                    Defendants. | CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)<br><br>**TELEPHONE CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, November 6, 2020, regarding the status of discovery. The parties have raised numerous discovery disputes and accordingly, the Court imposes the briefing schedule below.

**1. Letter-Motions concerning whether 56,000 documents will be included in TAR review ("TAR dispute")**

Defendant EEA Life Settlements, Inc. ("EEA") and Plaintiff Coventry Capital US LLC ("Coventry") dispute whether approximately 56,000 documents that were delivered to EEA Life Settlements Fund PCC Limited (the "Fund") pertain instead to EEA Fund Management (Guernsey) Limited ("Guernsey Manager"), and should accordingly be excluded from TAR review for manual review limited to the period 2017 forward.

EEA's Letter-Motion concerning the TAR dispute is due by **Friday, November 13, 2020**; Coventry's opposition is due by **Friday, November 20, 2020**; EEA's reply, if any, is due by **Wednesday, November 25, 2020**.

As the Court advised at the Telephone Conference, EEA must include in its Letter-Motion a firm commitment about the timeline for its proposed manual review of these documents.

The TAR Dispute Letter-Motions are limited to three pages in length.

Notwithstanding this schedule for the resolution of the TAR Dispute, EEA shall promptly provide Coventry with precision and richness figures excluding the 56,000 documents subject to the TAR Dispute.

**2. Consolidated Letter-Motion**

The parties shall address in consolidated Letter-Motions their disputes concerning: (i) privilege, redaction, and confidentiality designations (including Attorneys' Eyes Only designations) as to the productions to-date; (ii) Phase Two discovery, including additional custodians and Mimecast database searches; and (iii) interrogatories.

Coventry's Letter-Motion shall be due **Friday, November 13, 2020**, EEA's response shall be due **Friday, November 20, 2020**, and Coventry's reply, shall be due **Wednesday, November 25, 2020.**

The parties' consolidated Letter-Motions are permitted to be up to six pages, exclusive of attachments.

A Telephone Conference is scheduled for **Tuesday, December 8, 2020, at 2:00 pm** concerning the Consolidated Letter-Motion. The Parties are directed to call the Court's conference line at 866-390-1828, access code 3809799, at the scheduled time.

Dated:      New York, New York
            November 6, 2020

                                    SO ORDERED

2

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

3