UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

          Plaintiff,

-v-

EEA LIFE SETTLEMENTS INC., et al,

          Defendants.

CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant EEA Life Settlements, Inc.'s Letter-Motion at ECF No. 245 to file exhibits 1–3 to ECF No. 246 under seal is **GRANTED**. The documents filed as exhibits 1–3 to ECF No. 246 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 245.

Dated:    New York, New York
            November 16, 2020

                                        SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**