UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>                    Plaintiff,<br><br>-v-<br><br>EEA LIFE SETTLEMENTS INC., et al,<br><br>                    Defendants. | CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, March 4, 2021 at 3:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The parties shall file by **Monday, March 1, 2021,** a status letter no longer than six pages presenting only those disputes ripe for the Court's consideration.  The Court expects the parties to continue their conferrals concerning the matters raised in the parties' January 29, 2021 status report (ECF No. 268), and Defendants shall continue their productions on the schedule set forth therein.

Dated:    New York, New York
          February 3, 2021

                                                SARAH L. CAVE
                                                United States Magistrate Judge