# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Karl Geercken　　　　　　　　　Direct Dial: 212-210-9471　　　　　Email: karl.geercken@alston.com

June 22, 2021

**VIA ECF**

The Honorable Sarah Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:　**_Coventry Capital v. EEA Life Settlements Inc._, No. 17-cv-07417**

Dear Judge Cave:

　　We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above referenced matter. EEA Inc. writes to request that the Court seal Exhibits 10–15 and 22–32 submitted with Coventry Capital US LLC's June 18, 2021 Letter (Dkt. No. 283).

　　EEA Inc. makes this sealing request to protect non-public, confidential, proprietary, or commercial information or other information protected under foreign confidentiality and privacy laws. As such, these exhibits have been designated by EEA Inc. as "Confidential" under the governing Amended Protective Order (Dkt. No. 225), and therefore cannot be filed publicly without being in violation of the Amended Protective Order. Thus, EEA Inc. requests that the Court permit the filing of these documents under seal.

Respectfully submitted,

Karl Geercken

---

Defendant's letter-motion requesting that the exhibits filed at ECF No. 283-10–15, and 283-22–32 remain under seal (ECF No. 284) is GRANTED.

The Clerk of Court is respectfully directed to close ECF No. 284.

SO ORDERED 6/23/2021

SARAH L. CAVE
United States Magistrate Judge

---

Alston & Bird LLP　　　　　　　　　　　　　　　　　　　　　　　　　www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.