# ALSTON & BIRD

Karl Geercken

> The parties' letter-motion requesting an extension of the briefing schedule (ECF No. 286) is GRANTED, and the proposed deadlines are ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 286.
>
> SO ORDERED 7/9/2021
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Honorable Sarah Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417

Dear Judge Cave:

    We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above referenced matter. We write, jointly with Plaintiff Coventry Capital US LLC ("Coventry"), to respectfully request that the Court extend the remaining deadlines for Coventry's June 18, 2021 motion to compel (Dkt. No. 283). The Court's May 24, 2021 Order (Dkt. No. 280) directed EEA Inc. to file its opposition to Coventry's motion by July 9, 2021 and Coventry to file its reply by July 19, 2021. Due to conflicting schedules, the parties jointly request an extension for each submission, to July 19, 2021 and July 30, 2021, respectively. This is the first request for an adjournment of these deadlines.

    We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

                                                                       Respectfully submitted,

                                                                       Karl Geercken

cc:    Counsel of Record (via ECF)

Alston & Bird LLP       www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.