**ALSTON & BIRD**

> Defendant's letter-motion requesting an adjournment of the August 12, 2021 oral argument (ECF No. 291) is GRANTED, and the oral argument is ADJOURNED to **Thursday, September 9, 2021 at 2:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The Clerk of Court is respectfully directed calendar this matter as an oral argument and to close ECF No. 291.
>
> SO ORDERED 7/28/2021
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Karl Geercken

**VIA ECF**

The Honorable Sarah Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Coventry Capital v. EEA Life Settlements Inc.*, **No. 17-cv-07417**

Dear Judge Cave:

We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above referenced action. We write to respectfully request an adjournment of the August 12, 2021 conference. Unfortunately, counsel for EEA Inc. has a pre-existing conflict on August 12 and cannot participate in the conference scheduled for that day. Accordingly, EEA Inc. respectfully requests that the conference be adjourned and rescheduled to either August 25 or September 9. The parties have conferred and all counsel consent to the adjournment and are generally available on these days; however, the parties have a preference for August 25 should the Court have availability. This is the first request for an adjournment of the August 12 conference.

Furthermore, in light of a variety of logistical and travel issues, EEA Inc. respectfully requests that the conference be conducted telephonically. Plaintiff Coventry Capital US LLC does not oppose this request. However, should the Court prefer to conduct the conference in-person, the parties will, of course, defer to the Court.

We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

Respectfully submitted,

*/s/ Karl Geercken*

Karl Geercken

cc:    Counsel of Record (via ECF)

Alston & Bird LLP                                                                                                                   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.