> Defendant's letter-motion at ECF No. 294 to file certain exhibits under seal is GRANTED. Accordingly, the following documents shall remain under seal:
>
> - Exhibits 34 through 37 (filed at ECF No. 293-2 through 293-5)
> - The attachments to Exhibit 33 (filed at ECF No. 293-1 p. 14–20)
>
> The Clerk of Court is respectfully directed to close the letter-motion at ECF No. 294.
>
> SO ORDERED 8/4/2021

Karl Geercken

*SARAH L. CAVE*
*United States Magistrate Judge*

**VIA ECF**

The Honorable Sarah Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Coventry Capital v. EEA Life Settlements Inc.*, No. 17-cv-07417

Dear Judge Cave:

    We represent Defendant EEA Life Settlements, Inc. ("EEA Inc.") in the above referenced matter. EEA Inc. writes to request that the Court seal Exhibits 34–37 and the attachments to Exhibit 33 submitted with Coventry Capital US LLC's July 30, 2021 Letter (Dkt. No. 293).

    EEA Inc. makes this sealing request to protect non-public, confidential, proprietary, or commercial information or other information protected under foreign confidentiality and privacy laws. As such, these exhibits have been designated by EEA Inc. as "Confidential" under the governing Amended Protective Order (Dkt. No. 225), and therefore cannot be filed publicly without being in violation of the Amended Protective Order. Thus, EEA Inc. requests that the Court permit the filing of these documents under seal.

Respectfully submitted,

Karl Geercken

cc:   Counsel of Record (via ECF)

Alston & Bird LLP    www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.