UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COVENTRY CAPITAL US LLC,<br><br>                              Plaintiff,<br><br>-v-<br><br>EEA LIFE SETTLEMENTS INC., et al,<br><br>                              Defendants. | CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the discovery conference held today, May 11, 2022 (the "Conference"), the Court orders as follows:

1. The parties are directed to review the Honorable Victor Marrero's February 11, 2020 Decision & Order (ECF No. 118 (the "Order")) and submit a joint-letter by **Tuesday, June 7, 2022**, addressing the following:

   a. Whether it is still necessary for Judge Cave to conduct further proceedings, make factual findings, and submit a supplemental report and recommendation in accordance with the Order;

      i. If the parties agree that action by Judge Cave in accordance with the Order is still necessary, the parties shall include a proposal of next steps;

   b. Whether they would like to schedule a status telephone conference to discuss this topic.

Dated:     New York, New York                                SO ORDERED.
           May 11, 2022

                                                             _____
                                                             SARAH L. CAVE
                                                             United States Magistrate Judge