> The Letter-Motion at ECF No. 334 to file the documents at ECF No. 335 under seal is GRANTED. The documents at ECF No. 335 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 334.
>
> SO ORDERED 05/24/20222
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

May 23, 2022

**Via ECF**

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      Re:  *Coventry Capital US LLC v. EEA Life Settlements, Inc.*, No. 17-cv-7417-VM-SLC

Dear Judge Cave:

      I write on behalf of Coventry Capital US LLC ("Coventry") regarding Coventry's May 23, 2022 letter. Coventry filed its letter and exhibits publicly on ECF, but did not file public versions of Exhibits 1–4 (collectively, the "Exhibits"). Those exhibits are excerpts from the deposition testimony of Charles Brinkley, Gary Kuchera, Reid Buerger, and Joshua May. Pursuant to the Amended Protective Order (Dkt. No. 255) and the parties' subsequent March 7, 2022 agreement concerning the designation of deposition testimony, Coventry designated the transcripts of those depositions provisionally "Confidential" and intends to designate the specific pages and lines of those transcripts that comprise the Exhibits as "Confidential" pursuant to the Protective Order within 30 days of receipt of final copies of each deposition transcript. Accordingly, pursuant to ¶ I.G of the Court's Individual Practices, Coventry requests leave to file those exhibits under seal.

      Coventry seeks sealed treatment of the Exhibits because they contain examination of Coventry witnesses on confidential and commercially sensitive topics concerning Coventry's processes for conducting diligence on life-insurance policies and portfolios it is considering purchasing. Similar interests led Defendant EEA Life Settlements, Inc. ("EEA") to request sealed treatment of exhibits submitted in connection with prior discovery disputes, *e.g.*, Dkt. No. 245; Dkt. No. 251, which requests the Court granted, *e.g.*, Dkt. No. 248; Dkt. No. 254. In addition, portions of the Exhibits include reference to the full names of particular insureds from EEA's portfolio, as well as information about those insureds, including their medical condition. Coventry also seeks sealed treatment of the Exhibits to protect the privacy of those individuals.

      We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

WILLIAMS & CONNOLLY LLP

May 23, 2022
Page 2

                    Respectfully submitted,

                    */s/ Kenneth J. Brown*

                    Kenneth J. Brown