---

The Letter-Motion at ECF No. 338 to file the documents at ECF No. 339 under seal is GRANTED. The documents at ECF No. 339 shall remain visible only to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 338.

SO ORDERED 05/25/2022

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

May 24, 2022

BY ECF
Hon. Sarah L. Cave
U.S. Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

      Re: *Coventry Capital US LLC v. EEA Life Settlements, Inc.*, No. 17 Civ. 7417-VM-SLC

      We write respectfully on behalf of Defendant EEA Life Settlements, Inc. ("EEA") to request permission to temporarily file under seal certain portions of EEA's reply in support of its letter motion to reopen the depositions of Reid S. Buerger and Joshua May. EEA makes this request solely to comply with the protective order entered in this case, *see* Dkt. 225, and not because it believes sealing is warranted.

      Under the terms of the operative protective order, "[a]ny person subject to this Order who receives from any other person any 'Discovery Material' (i.e., information of any kind provided in the course of discovery in this action) that is designated as 'Confidential' or 'Highly Confidential — Attorneys' Eyes Only' pursuant to the terms of this Order shall not disclose such Discovery Material to anyone else except as expressly permitted hereunder." Dkt. 225 ¶ 1.

      As EEA previously explained, Coventry has provisionally designated the transcripts from Mr. Buerger's and Mr. May's depositions as confidential. EEA's reply quotes and describes portions of those transcripts. It also attaches as an exhibit an email exchange that refers to testimony during those depositions. EEA does not wish to maintain any of these documents under seal, and does not believe these documents satisfy the Second Circuit's standard for sealing. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006). But EEA understands the protective order to require it to seek the Court's leave to temporarily file under seal material that Coventry has provisionally designated as confidential.

      EEA further requests that the Court set a schedule by which Coventry may move to maintain the information under seal. EEA intends to oppose any such motion. We thank the Court for considering this letter.

                                      Respectfully submitted,

                                      Caleb Hayes-Deats