UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

                 Plaintiff,

-v-

EEA LIFE SETTLEMENTS INC., et al,

                 Defendants.

CIVIL ACTION NO.: 17 Civ. 7417 (VM) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

For the reasons stated on the record at the discovery conference held today, May 27, 2022 (the "Conference"), the Court DENIES Defendant EEA Life Settlements, Inc.'s request to re-open the depositions of Reid S. Buerger and Joshua May.  (ECF No. 331).  The parties may order a transcript of the Conference and may request redactions, as necessary.

The Clerk of Court is respectfully directed to close ECF No. 331.

Dated:     New York, New York                   SO ORDERED.
             May 27, 2022

_____
SARAH L. CAVE
United States Magistrate Judge