Plaintiff Coventry Capital US LLC's ("Coventry") letter-motion seeking to redact specific portions of the transcript to protect the privacy of third parties (ECF No. 347) is GRANTED. By **Monday, June 20, 2022**, Coventry shall file a transcript with these redactions.

The Clerk of Court is respectfully directed to close ECF No. 347.

SO ORDERED 06/15/2022

SARAH L. CAVE
United States Magistrate Judge

June 14, 2022

**Via ECF**

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      Re: *Coventry Capital US LLC v. EEA Life Settlements, Inc.*, No. 17-cv-7417-VM-SLC

Dear Judge Cave:

      I write on behalf of Coventry Capital US LLC ("Coventry") to request that the Court order that limited portions of the transcript of the May 27, 2022 hearing in this matter be redacted to protect the privacy of third parties. Defendants have indicated that they do not oppose this request.

      Redaction is necessary because during the hearing the parties referred by name to certain insured individuals whose life-insurance policies were part of the portfolio of policies at issue in this case. The full names of those insureds should be kept confidential to protect their privacy, particularly given the sensitive medical and other personal matters about the insureds that may be discussed in connection with their life-insurance policies. *See, e.g.*, *United States v. King*, 2012 WL 2196674, at *3 (S.D.N.Y. June 15, 2012) (permitting redaction of third-party medical information because "[t]he need to protect the privacy of these third parties is a compelling one . . . which overrides any public interest in the disclosure of these materials" particularly where the information to be redacted was "truly tangential to the sentencing decision in this case").

      Accordingly, Coventry respectfully requests that the Court order that the mentions of insured names on the following pages and lines of the transcript of the May 27, 2022 hearing be redacted: 7:7, 7:23, 8:4, 8:9, 8:11, 8:16, 8:20, 8:23, 9:23, 11:6, 11:18, 12:3, 12:5, 12:11, 12:17, 14:21, 14:25, 16:13, 24:21, 28:19, 29:9, 30:21–22, 33:7, 34:5, and 45:11. If it would be helpful to the Court, Coventry would be happy to prepare and submit a proposed redacted version of the transcript.

      We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

WILLIAMS & CONNOLLY LLP

June 14, 2022
Page 2

Respectfully submitted,

*Kenneth J. Brown*

Kenneth J. Brown