**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022
```

COVENTRY CAPITAL US LLC,

                Plaintiff,

    - against -

EEA LIFE SETTLEMENTS, INC., et al.,

                Defendants.

**17 Civ. 7417 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant EEA Life Settlements, Inc. ("EEA") requests a conference regarding EEA's request to expedite consideration of its proposed motion for summary judgment on any claim by plaintiff Coventry Capital US LLC ("Coventry") for lost profits. (Dkt. Nos. 351, 352.) Consistent with the Court's Individual Rules and the Amended Protective Order in this case (Dkt. No. 225), EEA requested leave to file under seal an unredacted version of its proposed motion for summary, (See Dkt. No. 350, 351). At the same time, EEA filed a redacted version of its motion on the public docket. (Dkt. No. 352.) EEA requests that portions of its proposed motion remain under seal because those portions refer to and disclose deposition testimony and documents produced by Coventry that were designated as confidential pursuant to the Protective Order. (Dkt. No. 350).

    Materials may remain under seal "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006). The Court finds good

cause to grant the requests for sealing the redacted portions of EEA's proposed motion for summary judgment.

For the reasons stated above, it is hereby

**ORDERED** that the letter motion to seal (Dkt. No. 350) is **GRANTED**; it is further

**ORDERED** that plaintiff Coventry Capital US LLC shall file a two-page letter by June 29, 2022, setting forth its position on the request for expedited consideration of the proposed motion for summary judgment from EEA Life Settlements, Inc.

**SO ORDERED.**

Dated:   June 22, 2022
         New York, New York

Victor Marrero
U.S.D.J.