# EDWARD STONE LAW

**VIA ECF**

October 12, 2022

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

Re:   *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.* (17-cv-07417)

Your Honor,

The undersigned represents David Cohen and a group of other individual investors similarly situated who seek to intervene in the above-captioned matter. There is currently an in-person status conference matter scheduled for October 20, 2022 at 10:00 a.m. in the morning.

I am writing to ask that this conference be rescheduled for any time during the morning of October 24th or 25th, or at such other time that works for the Court. I have a mandatory Webex mediation that was previously scheduled for a case pending in the Northern District of Illinois at 11:00 a.m. Central Time on that same day, and medical appointments scheduled in Connecticut for 2:00 p.m. Eastern Time that afternoon. These appointments took months to schedule, and they are important.

I have discussed this matter with counsel for Plaintiff and Defendants and they consent to rescheduling for the mornings of the October 24th and 25th, and we are, of course, all amenable to other dates that are more convenient for the Court. This is the first request to reschedule this conference. There has been no previous adjournment of this conference.

I thank Your Honor in advance for the consideration.

Sincerely,

Sincerely,

*Edward Stone*
Edward S. Stone

Request **GRANTED**. The October 20, 2022 conference is hereby adjourned to **October 24, 2022 at 11:00 a.m.**

Dated:   October 13, 2022
         New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

---

Mailing Address: 175 West Putnam Avenue, 2nd Floor, Greenwich, CT 06830

Edward Stone Law P.C.

Greenwich, Connecticut      Email: eddie@edwardstonelaw.com      New York, New York
Tel (203) 504-8425          www.EdwardStoneLaw.com               Tel (646) 933-3143
                            Fax (203) 348-8477