UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

                Plaintiff,

-against-

EEA LIFE SETTLEMENTS, INC., et al.,

                Defendants.

1:17-cv-07417 (JLR) (SLC)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court held a premotion conference on October 24, 2022. As stated on the record at the conference, the proposed intervenors' request for leave to file a motion to intervene is GRANTED. The motion to intervene shall be filed by **November 7, 2022**. Opposition shall be filed by **November 21, 2022**. A reply, if any, shall be filed by **November 28, 2022**. The memorandum in support of the motion and any opposition shall not exceed 10 pages in length. The reply shall not exceed five pages in length. Any tables of contents or authorities shall not count against these page limits.

    Counsel for Plaintiff and Defendants shall file a joint letter by **February 6, 2023** informing the Court on the status of settlement discussions and next steps in this action. If the parties have not reached a settlement by that time, they shall provide three mutually agreeable dates in their joint letter for the Court to hold a post-discovery conference. If the parties intend to file summary judgment motions, this conference shall serve as a pre-motion conference and the parties should follow the Court's Individual Rules of Practice in Civil Cases and specifically Individual Rule 3.I.i.

Dated: October 24, 2022
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge