# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

MARK J. HYLAND
(212) 574-1541
hyland@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

> Defendant Piscaer's letter-motion seeking to file exhibits 1–3 under seal (ECF Nos. 379) is GRANTED, and the documents at ECF No. 380-1 – 380-3 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 379.
>
> SO ORDERED 10/26/22
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Coventry Capital US LLC v. EEA Life Settlements, Inc., et al.*,
      Civil Action No. 1:17-cv-07417-JLR-SLC

Dear Judge Cave:

I write on behalf of individual Defendant Vincent Piscaer regarding Mr. Piscaer's October 26, 2022 letter. Mr. Piscaer filed his letter publicly on ECF but did not file public versions of the accompanying Exhibits.

Exhibit 1 is a letter regarding confidential discovery responses. Exhibits 2 and 3 are documents that were produced by Plaintiff during discovery and marked "Confidential." Accordingly, consistent with the protective order (Dkt. 225) and the practice the parties have followed in this action, Mr. Piscaer has provisionally filed these exhibits under seal. Mr. Piscaer takes no position as to whether these exhibits should remain under seal.

We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

Respectfully yours,

*Mark J. Hyland*

cc:   Counsel of Record

SK 29834 0001 9798908