

Lauren F. Dayton
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8176
F: 212.607.8161
ldayton@mololamken.com
www.mololamken.com

November 16, 2022

BY ECF
Hon. Sarah L. Cave
U.S. Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY  10007

> Defendant EEA Life Settlements, Inc.'s letter-motion seeking to file ECF No. 393, and corresponding exhibits F and G (ECF Nos. 393-6 – 393-7) under seal (ECF Nos. 392) is GRANTED, and the documents at ECF Nos. 393 and 393-6 – 393-7 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 392.
>
> SO ORDERED 11/17/22
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:  *Coventry Capital US LLC v. EEA Life Settlements, Inc.*, No. 17 Civ. 7417-JLR-SLC

Dear Judge Cave:

We write respectfully on behalf of Defendant EEA Life Settlements, Inc. ("EEA") to request permission to temporarily file under seal a portion of EEA's letter motion pursuant to Rule 37(c), and Exhibits F and G appended thereto.  EEA makes this request solely to comply with the protective order entered in this case, *see* Dkt. 225, and not because it believes sealing is warranted.

Under the terms of the operative protective order, "[a]ny person subject to this Order who receives from any other person any 'Discovery Material' (i.e., information of any kind provided in the course of discovery in this action) that is designated as 'Confidential' or 'Highly Confidential — Attorneys' Eyes Only' pursuant to the terms of this Order shall not disclose such Discovery Material to anyone else except as expressly permitted hereunder."  Dkt. 225 ¶ 1.

EEA understands the protective order requires it to seek the Court's leave to temporarily file under seal material that Coventry has designated as confidential.  The documents contained in Exhibits F and G were all designated "Confidential" by Coventry under the protective order, and a portion of Exhibit F was designated "Highly Confidential — Attorneys' Eyes Only."  EEA's letter motion quotes or describes portions of those documents, and attaches them as exhibits.  EEA therefore requests permission to temporarily file its motion and those exhibits under seal.

EEA further requests that the Court set a schedule by which Coventry may move to maintain the information under seal.  EEA intends to oppose any such motion.  We thank the Court for considering this letter.

Respectfully submitted,

/s/ Lauren F. Dayton
Lauren F. Dayton