LAW OFFICES
# WILLIAMS & CONNOLLY LLP

RENEE M. GRIFFIN
(202) 434-5627
rgriffin@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 19, 2022

**Via ECF**

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Coventry Capital US LLC v. EEA Life Settlements, Inc.*, No. 17-cv-7417-VM-SLC

Dear Judge Cave:

I write on behalf of Coventry Capital US LLC ("Coventry") to request that the Court order that limited portions of the transcript of the November 22, 2022 hearing in this matter be redacted to protect the privacy of third parties. Defendants have informed us that they do not oppose this request.

Redaction is necessary because during the hearing the parties referred by name to a certain insured individual whose life-insurance policy was part of the portfolio of policies at issue in this case. The names of insureds should be kept confidential to protect their privacy, particularly given the sensitive medical and other personal matters about the insureds that may be discussed in connection with their life-insurance policies. *See, e.g.*, *United States v. King*, 2012 WL 2196674, at *3 (S.D.N.Y. June 15, 2012) (permitting redaction of third-party medical information because "[t]he need to protect the privacy of these third parties is a compelling one … which overrides any public interest in the disclosure of these materials" particularly where the information to be redacted was "truly tangential to the sentencing decision in this case").

Accordingly, Coventry respectfully requests that the Court order that the mentions of insured names and their medical conditions on the following pages and lines of the transcript of the November 22, 2022 hearing be redacted: 17:19, 18:20, 19:3-5, and 19:15. If it would be helpful to the Court, Coventry would be happy to prepare and submit a proposed redacted version of the transcript.

We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

WILLIAMS & CONNOLLY LLP®

December 19, 2022
Page 2

> Plaintiff's letter-motion seeking to seal limited portions of the November 22, 2022 transcript (the "Transcript") to protect the privacy of third parties (ECF No. 416) is GRANTED. The parties shall file a redacted copy of the transcript by **Wednesday, December 21, 2022**.
>
> The Clerk of Court is respectfully directed to (i) seal the document at ECF No. 413 which shall remain visible only to the selected parties, and (ii) close ECF No. 416.
>
> SO ORDERED 12/20/22
>
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

Renee M. Griffin