LAW OFFICES

# WILLIAMS & CONNOLLY LLP

RENEE M. GRIFFIN
(202) 434-5627
rgriffin@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 10, 2023

<u>Via ECF</u>

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      Re: *Coventry Capital US LLC v. EEA Life Settlements, Inc.*, No. 17-cv-7417-VM-SLC

Dear Judge Cave:

    I write on behalf of Coventry Capital US LLC ("Coventry") to request that the Court remove a duplicative docket entry or, in the alternative, order that the document at ECF No. 419 be sealed and made visible only to the parties.

    On December 20, 2022, the Court granted Coventry's request to seal portions of the transcript of the November 22, 2022 hearing to protect the privacy of third parties. ECF No. 417. Coventry subsequently filed a redacted copy of the transcript, as ordered. ECF No. 418. On January 6, 2023, a duplicate copy of the unredacted transcript was entered on the docket. ECF No. 419. Because of this entry, it appears on the docket that the parties are subject to new deadlines for requesting redaction of the transcript of the November 22 hearing.

    To resolve this error, Coventry requests that the Court order removal of ECF Nos. 419 and 420 or, in the alternative, order sealing of the document at ECF No. 419 to align with the sealing of the same transcript filed at ECF No. 413.

    We appreciate the Court's attention to these matters and are prepared to address them further at the Court's convenience.

---

Plaintiff's letter-motion to seal the November 22, 2022 transcript (ECF No. 419 (the "Transcript")) to protect the privacy of third parties (ECF No. 421) is GRANTED.

The Clerk of Court is respectfully directed to (i) seal the document at ECF No. 419 which shall remain visible only to the selected parties, and (ii) close ECF No. 421.

SO ORDERED 01/10/23

SARAH L. CAVE
United States Magistrate Judge