UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVENTRY CAPITAL US LLC,

                                        Plaintiff,

            -against-

EEA LIFE SETTLEMENTS, INC., et al.,

                                        Defendants.

1:17-cv-07417 (JLR) (SLC)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        As stated on the record at the April 13, 2023 conference, motions for summary judgment

and to exclude expert testimony are due by **June 2, 2023**.  Oppositions are due by **July 14, 2023**.

Replies are due by **August 18, 2023**.  Plaintiff may file a single consolidated opposition brief of

50 pages.  On the date of each deadline set forth above, each party shall serve their papers on all

other parties but not file them on the docket.  Two business days after each deadline, the parties

shall file a joint letter confirming that all papers due were timely served.  The parties shall file all

motion papers on the docket on **September 1, 2023.**  If the parties seek to seal or redact any

information with respect to their motion papers, they shall file, on **September 1, 2023**, a joint

sealing motion, in accordance with the Court's Individual Rules.

Dated: April 13, 2023
       New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge